# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

MARGREATHA HEIN and VOLGA GERMAN RESEARCH, LLC,

      Plaintiffs,

v.

BRENT MAI,

      Defendant.

Case No. 6:24-CV-01126

## DECLARATION OF BRENT MAI

Brent Mai, of lawful age, states the following based upon his personal knowledge:

1.      I am serving, and have served as the Dean of University Libraries at Wichita State University in Wichita, Kansas since 2023.

2.      Prior to taking the position at Wichita State, I served as Dean of various university libraries at the University of North Florida; Fairfield University, and from 2003 to 2016 as the Dean of University Libraries of Concordia University in Portland Oregon. I earned my Doctor of Education from Vanderbilt University, and have a Master of Library and Information Science from the University of Texas at Austin.

3.      At all times during my academic career, I have devoted energies toward researching the Volga German genealogy and culture. I have spoken often about that subject, as well as teaching about research and genealogy. My CV is attached as **Exhibit 1**.

4.      While at Concordia University, I was instrumental in assembling the data, and creating the website for the Center for Volga German Studies, most of which is now part of the website: volgagermans.org. The purpose of the website was to share information about a group of

1

Germans who settled in the lower Volga region of Russia under a Russian colonization program promoted by Catherine the Great.  Later, many of these people or their descendants moved from Russia to places across the globe.

5.       As I did at Concordia University, while I occupied similar posts at the University of North Florida, Fairfield University, and Wichita State University, I created websites to share my research and information on Volga German Colonies and the spread of residents of those colonies.

6.       I currently own and operate the website volgagermaninstitute.org.  This website undertakes to document the movement of descendants of the original colonists to various places around the globe. The website displays thousands of surnames, and posts information about the genealogy of tens of thousands of people.   In administering this website, I am often contacted by other descendants of the colonists and provided additional information about their ancestors.  I update the information as to the facts that are provided to, or uncovered by me.

7.       My website is not a commercial operation.  It does not offer products for sale, it is freely accessible and does not require any subscription.  It has never been intended to be commercial in any way – the primary focus has always been for educational and informational purposes.

8.       In the past I have conducted tours of areas in Germany and Russia that are of interest to the Volga German diaspora.  I do not advertise those tours on the volgagermaninstitute.org website.  I do list those tours in the events tab, and provide a link to a separate website with more information about those tours.  I have conducted tours since at least 2017.

9.       After my departure, Concordia University closed, and Margreatha Hein gained administrative control of the website I created for the Center for Volga German Studies, which now can be found at volgagermans.org.

10.     The Concordia University website had pages for each surname listed.  On those pages, the website listed the associated colony, the place of origin, a description providing genealogical information about the colonists, the sources consulted for the information found in the description, and the name of the researcher.  A sample of such a page is attached as **Exhibit 2.**

11.     On July 23, 2024, Margreatha Hein and Volga German Research, LLC filed suit against me for alleged violations in Margretha Hein's copyrighted materials.

12.      The website is a compendium of facts, such as names, places, and dates.  Because facts are not subject to copyright protection, my replication of those facts on my website can infringe no copyright.

13.     I posted some of Margreatha Hein's photos of villages or churches in Germany on volgagermaninstitute.org.  I posted those only after I sought and obtained oral permission to post them from Ms. Hein, and when posting those photos, I credited her in the photo's caption.  I promptly removed the images after receiving notification of Margreatha Hein registering a trademark in 2023.

14.     All eight (8) of the photos that are the subject of Margreatha Hein's Copyright Registration VA 2-378-772 and the subject of Margreatha Hein's Federal Copyright Infringement claim were posted on my website before November 25, 2020.

15.     On my website, volgagermaninstitute.org, if I relied upon Margreatha Hein's research, I would identify her as either a "researcher" or "contributor."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing testimony is true and correct to the best of my knowledge and information.

_Brent Mai_

BRENT MAI

# Brent Alan Mai, Ed.D.

## Curriculum Vitae

brentmai3@gmail.com                                                                                      971.322.8124

Wichita State University, 2023-
      Dean of Libraries (professor)
      Director, Volga German Institute

      *Principal Responsibilities*: leadership, management, and oversight of Wichita State University Libraries (Main Library, Chemistry Library, Music Library, Special Collections, and University Archives) including staff (51 FTE), budget ($6.5M), development, materials, institutional repository, acquisitions & cataloging, contract negotiating and licensing, user instruction, and policies and procedures.

      *Noteworthy Accomplishments*:
      Major renovation planning underway; Creation & funding of an annual Library Research Prize for both undergraduate and graduate students; Major weeding of collections on-going; Staff restructuring underway; Space realignment on-going.

University of North Florida, 2019-2023
      Dean of the Thomas G. Carpenter Library (faculty appointment, with rank)
      Director, Volga German Institute

      *Principal Responsibilities*: leadership, management, and oversight of University of North Florida Libraries (Main Library, Special Collections, and Archives) including staff (43 FTE), budget ($5.2M), development ($5.525M), grants ($1.3M), materials, institutional repository, acquisitions & cataloging, contract negotiating and licensing, user instruction, and policies and procedures.

      *Noteworthy Accomplishments*:
      COVID-19 planning, closure, re-opening; $1.6M application for Pandemic Relief state-wide resources; secured $1M CITF funding for building renovations; Creation/Construction of Recording Studio (2023); Creation of new research collection at MOCA (2023); Lending of Special Collections material for Italian exposition in Venice (2022); Development of Libraries' 2022-27 Strategic Plan; Creation/Construction of Virtual Learning Center (2021); Implementation of new ILS (2021); Expansion of Special Collections (2021); Creation & funding of an annual Library Research Prize for both undergraduate and graduate students; Implementation of post-pandemic strategic plan; Staff restructuring; Membership in the Eastern Academic Scholars' Trust; Major weeding of collections; Space realignment.

**Previous Academic Library Experience**

Fairfield University, 2016-2019

EXHIBIT

1

Dean of Libraries and University Librarian (faculty appointment)
Interim University Registrar (January-March 2018)
Director, Volga German Institute

*Principal Responsibilities*: leadership, management, and oversight of Fairfield University Libraries (Main Library, Special Collections, and Archives) including staff (29.5 FTE), budget ($3.5M), development ($7.6M), grants ($250K), materials, institutional repository, acquisitions & cataloging, contract negotiating and licensing, user instruction, and policies and procedures.

> *Interim University Registrar Responsibilities*: leadership, management, and oversight of Fairfield University Registrar's Office including staff (8 FTE), budget, maintenance and distribution of institutional records, classroom assignment, statistical reporting, and commencement preparation and coordination.

*Noteworthy Accomplishments*:
Developed first mission/vision; Developed strategic plan to implement mission/vision; Reorganized staff to support new strategic plan; Realigned budget to support strategic plan; Migrated to new Integrated Library System; Successful NEH grant application and invitation from Mellon Foundation; Membership in the Five Colleges Repository and Eastern Academic Scholars' Trust; Major weeding of journal and reference collections; Space realignment; Library instruction realignment to support new undergraduate core curriculum.

Concordia University, 2003-2016
Dean, University Libraries
Professor of Library and Information Management
Director, Center for Volga German Studies

*Principal Responsibilities*: leadership, management, and oversight of Concordia University Libraries (Main Library, Law Library, Science Library, Northwest Center for Children's Literature, Center for Volga German Studies, and University Archives) and Concordia University Publishing including faculty & staff (from 2.5 to 23.5 FTE), budget ($2.5M), development ($5.4M), materials, acquisitions & cataloging, contract negotiating and licensing, user instruction, and policies and procedures.

*Noteworthy Accomplishments*:
Design & construction of 74,000sf $17M university library (2009); NHPRC grant for development of university archives; Oregon Cultural Trust grant for digitization of special collections; Membership in the Orbis Cascade Alliance; Membership in the Northwest Digital Archives (now Archives West); Development activities bringing $3.4M to the University Libraries; Built & maintained collection for new Concordia Law School located in Boise, Idaho; Built e-collection for delivery of resources for online programs; Migration to 2 new Integrated Library Systems; Established university press (5 titles published); Established Institutional Repository; Established the Northwest Center for Children's Literature; Established the Center for Volga German Studies (fundraising over $2M); Established campus Art & Culture Program.

Brent Alan Mai
Page 3

Vanderbilt University, 1999-2003
　　　Director, Walker Management Library, Owen Graduate School of Management

　　　*Principal Responsibilities*: management and oversight of the Walker Management Library including staff (14.5 FTE), materials, database negotiating and licensing, extensive user instruction program, and policies and procedures; and the Business Information Service (fee-based service serving business clients around the world).

　　　*Noteworthy Accomplishments*:  library portion of a $2 million building renovation (space reconfiguration, new furniture, new HVAC system, new offices and staff lounge, and new group study rooms); two complete web site re-designs; transition to wireless computing for library staff and student/faculty users of the library; major collection development project involving materials weeding and transfer to off-site storage; negotiated contracts with database vendors for remote access by alumni; joint user instruction programs with Career Management Center; negotiated joint database licensing agreements with Law School Library, Central Campus Institutional Advancement Office, and Undergraduate Placement Office.

Purdue University, 1994-1999
　　　Assistant Professor of Library Science, Management & Economics Librarian
　　　Acting Director, Management & Economics Library (1999)

　　　*Principal Responsibilities*: user instruction coordinator & primary instructor; reference service; economics and agricultural economics bibliographer; faculty liaison with departments of economics and agricultural economics; academic research.

　　　*Noteworthy Accomplishments*:  planned and implemented comprehensive user instruction program in required courses reaching all students of the School of Management at the freshman, sophomore, and senior academic levels emphasizing research skills necessary for life-long learning; awarded grant to design asynchronous web-based distance education course for research in engineering technology and team-taught the course for 3 semesters; planned library remodeling and supervised reorganization of the periodicals and agricultural economics collections.

**Other Professional Library Experience**

Brown & Root, Inc. (now Kellogg Brown & Root), Houston, Texas.  Corporate Information Resource Center.  Business Analyst and Supervisor of Support Services.  (1991-1994)

　　　*Principal Responsibilities*: research business and technical topics in competitive intelligence, energy, engineering, and construction; supervise staff (5 FTE) responsible for cataloging, serials receipt, corporate-wide materials acquisitions, and binding/marking

Bell-Northern Research (NorTel), Richardson, Texas.  Corporate Information Resource Center. Information Specialist.  (1990-1991)

　　　*Principal Responsibilities*: research business and technical topics in telephony

Brent Alan Mai
Page 4

**Academic Record**

Vanderbilt University, Peabody College of Education (Ed.D.): Leadership, Policy, and Organizations in Higher Education
Dissertation: "Comprehensive Evaluation of Research Centers at Small Liberal Arts Colleges & Universities"

University of Texas at Austin, Graduate School of Library and Information Science (M.L.I.S.): Information Management

George Washington University, Elliott School of International Affairs (M.A.): International Finance, Economic Development, International Law, and National Security

Bethany College (Kansas) (B.A.): Economics, History, Political Science, and French

**Major Publications**

*1834 Census of the Volga Germans* (dataset of 3.5M datapoints from 102 colonies to be accessed through an internet-based searchable interface). Nürnberg: Bayerisches Kulturzentrum der Deutschen aus Russland (July 2021).

Mai, Brent. "Wolgadeutsche Siedlungen in Nord- und Südamerika" in *Russland-Deutsche Zeitgeschichte*, Band 17 (Nürnberg: Bayerisches Kulturzentrum der Deutschen aus Russland, 2020): 260-278.

Mai, Brent. "Measuring for Success." *Information Outlook* 16:6 (September/October 2012): 2-3.

Mai, Brent. "SLA – A Truly Global Organization." *Bulletin of the Japan Special Libraries Association* 254 (July 2012): 31-36.

Mai, Brent. "Educating for Success." *Information Outlook* 16:3 (May/June 2012): 2-3.

Mai, Brent. "Future Now: Operation Agility." *Information Outlook* 16:1 (January/February 2012): 2-5.

Mai, Brent Alan. *Combined Surname Index of All Volumes of Einwanderung in das Wolgagebiet, 1764-1767 by Igor Pleve*. Portland: Center for Volga German Studies, 2011.

Mai, Brent Alan (with Dean R. Hansen), eds. *Together: Preparing Christian Educators for the Future*. Portland, OR: Concordia University Publishing, 2011.

Mai, Brent. "A Brief History of the Volga Germans." *The Bulletin of the Genealogical Forum of Oregon* 59:1 (September 2009): 3-8.

Mai, Brent Mai. "A Long, Fascinating Journey: The Story of the Volga Germans and How Their History Is Now Preserved at Concordia." *Concordia Connection* (Summer, 2009): 14-21.

Mai, Brent Alan (with Krista M. Reichard and Judy Anderson). "E-Journal Management in the Small Academic Library" in *EJournal Management and Access*, Wayne Jones, ed. (New York: Routledge, 2009): 303-315.

Mai, Brent Alan (with Dona Reeves-Marquardt). "Not All of Our Ancestors Were Saints: Origins of the Volga Germans." *Journal* of the American Historical Society of Germans from Russia 26:3 (Fall 2003): 34-38.

Mai, Brent (with Meg Tulloch). "Knowledge Management on the Web." *Journal of Business & Finance Librarianship* 8:3/4 (2003): 213-221.

The above article in *The Journal of Business & Finance Librarianship* was also published as a chapter in the monograph with the following citation:

> White, Gary W., ed. *The Core Business Web: A Guide to Key Information Resources*. Binghamton, NY: Haworth Press, 2003.

Mai, Brent Alan (with Dona Reeves-Marquardt). *German Migration to the Russian Volga (1764-1767): Origins and Destinations*. Lincoln, NE: American Historical Society of Germans from Russia, 2003.

Mai, Brent Alan, ed. *Annotated Inventory of the Cases Handled by the Saratov Office of Foreign Settlers* vols. 1 & 2 by I. R. Pleve; Mila Koretnikova, trans. Moscow: Gotika Publishing House, 2002.

Mai, Brent Alan. "It Happened on the Way to the Volga: Origins and Destinations of the Volga Germans." *Journal* of the American Historical Society of Germans from Russia 25:2 (Summer & Fall 2002): 18-20.

Mai, Brent Alan. "A Question and Answer Session About the 1798 Census." *Journal* of the American Historical Society of Germans from Russia 23:2 (Summer 2000): 31-33.

Mai, Brent (with Sheila R. Curl, Leslie J. Reynolds, and Alexius E. Smith). "Reality Check: Asynchronous Instruction Works!" *College & Research Libraries News* 61:7 (July/August 2000): 586-588.

Mai, Brent (with Leslie J. Reynolds, Sheila R. Curl, and Alexius E. Smith). "Righting the Wrongs: Mistakes Made in the Virtual Classroom." *Proceedings of the American Society for Engineering Education* (St. Louis, Missouri, 19-21 June 2000) http://www.asee.org/conferences/search/20528.pdf.

Mai, Brent Alan (with Alexius Smith Macklin, Leslie J. Reynolds, and Sheila R. Curl). "Distance Education in Virtual Classrooms: The Model and the Assessment." *Proceedings of the 21st National Online Meeting* (May 2000): 407-412.

Mai, Brent Alan (with Kathleen A. Clark). "Locating Book Reviews in Agriculture and the Life Sciences." *Science & Technology Libraries* 18:4 (2000): 3-27.

Mai, Brent Alan. "CIS Research – Project Report." *Journal* of the American Historical Society of Germans from Russia 22:3 (Fall 1999): 45-49.

Mai, Brent Alan. *1798 Census of the German Colonies along the Volga: Economy, Population, and Agriculture*, 2 vols. Lincoln, NE: American Historical Society of Germans from Russia, 1999.

Mai, Brent (with Alexius E. Smith, Sheila Curl, and Leslie J. Reynolds). "How Do We Cope with the Paradigm Shift: Blending Traditional and Non-Traditional Models of Library Instruction and Student Learning." *Proceedings of the ENABLE99 Conference* (Helsinki, Finland, 2-5 June 1999) http://www.enable.evitech.fi/enable99/papers/reynolds/reynolds.html.

Mai, Brent Alan. "1998 Journal Index." *Journal* of the American Historical Society of Germans from Russia 22:1 (Spring 1999): 31-34.

Mai, Brent Alan. "An Arduous Journey: The 1760s Road to the Volga." *Journal* of the American Historical Society of Germans from Russia 21:4 (Winter 1998): 8-12.

Mai, Brent Alan, trans. & ed. *Transport of the Volga Germans from Oranienbaum to the Colonies on the Volga: 1766-1767*. Lincoln, NE: American Historical Society of Germans from Russia, 1998.

Mai, Brent Alan. "1997 Journal Index." *Journal* of the American Historical Society of Germans from Russia 21:1 (Spring 1998): 29-40.

Mai, Brent Alan. *The Expropriation of Land from the Germans in Volhynia: 1915*. Lincoln, NE: American Historical Society of Germans from Russia, 1997.

Mai, Brent (with Judith M. Nixon). "Purdue University's Management and Economics Library Educates All Undergraduate Students." *Indiana Libraries* 16:1 (1997): 38-42.

Mai, Brent Alan. "Internet Resources for Reference: Finance and Investment." *The Reference Librarian* 27:57 (1997): 77-83.

Mai, Brent Alan. "Internet Resources for Reference: General Business and Company Information." *The Reference Librarian* 27:57 (1997): 85-92.

Mai, Brent Alan.  "Internet Resources for Reference:  International Trade." *The Reference Librarian* 27:57 (1997): 93-96.

The above three articles in *The Reference Librarian* were also published as chapters in the monograph with the following citation:

Diaz, Karen R., ed.  *Reference Sources on the Internet:  Off the Shelf and Onto the Web*. Binghamton, NY:  Haworth Press, 1997.

Mai, Brent Alan.  "1996 Journal Index." *Journal* of the American Historical Society of Germans from Russia 20:1 (Spring 1997): 28-38.

Mai, Brent Alan.  "Researchers' Gold Mine: The 1798 Russian Census of the German Colonies on the Volga and Its Importance to Agronomists, Anthropologists, Demographers, Economists, Genealogists, Geographers, Religious Historians, and Sociologists, Among Others." *Journal* of the American Historical Society of Germans from Russia 19:4 (Winter 1996): 24-30.

Mai, Brent Alan. Meanwhile, Back in Russia: Letters from the Old Country. West Lafayette, IN: Dynasty Publishing, 1996.

Mai, Brent Alan.  "1995 Journal Index." *Journal* of the American Historical Society of Germans from Russia 19:1 (Spring 1996): 46-60.

Mai, Brent Alan.  "Galveston:  The Southern Gateway to America." *Journal* of the American Historical Society of Germans from Russia 15:3 (Fall 1992): 10-13.

Mai, Brent (with Katharine C. Buckley).  "Fresh Potato Market Shares in Eastern U.S. Cities, 1960-1984." *Vegetable Situation and Outlook Report* (September 1986): 13-18.

## Published Reviews

Mai, Brent Alan.  "Review: *Encyclopedia of Business and Finance*." *Journal of Business & Finance Librarianship* 7:4 (2002): 92-95.

Mai, Brent Alan.  "Review: *WEFA Industrial Monitor: 1999-2000*." *Journal of Business & Finance Librarianship* 6:1 (2000): 88-92.

Mai, Brent Alan.  "Review: *European Marketing Forecasts* and *International Marketing Forecasts*." *Journal of Business & Finance Librarianship* 5:3 (2000): 101-103.

Mai, Brent Alan.  "Review: *Profiles of American Labor Unions*." *Journal of Business & Finance Librarianship* 5:1 (1999): 81-85.

Mai, Brent Alan.  "Review: *Walker's Manual of Penny Stocks*." *Journal of Business & Finance Librarianship* 5:1 (1999): 86-89.

Mai, Brent Alan. "Review: *Encyclopedia of Small Business*." *Journal of Business & Finance Librarianship* 4:4 (1999): 70-76.

Mai, Brent Alan. "Review: *Agriculture, Mining, and Construction USA*." *Journal of Business & Finance Librarianship* 4:4 (1999): 81-83.

Mai, Brent Alan. "Review: *State Occupational Outlook Handbook."  Journal of Business & Finance Librarianship* 4:3 (1999): 85-87.

Mai, Brent Alan. "Review: *Directory of Multinationals*, 5th ed." *Journal of Business & Finance Librarianship* 4:2 (1999): 105-109.

Mai, Brent Alan. "Review: *Gale's Market Share & Business Rankings World-Wide* (CD-ROM)." *Journal of Business & Finance Librarianship* 4:1 (1998): 90-95.

Mai, Brent Alan. "Review: *Walker's Manual of Unlisted Stocks*." *Journal of Business & Finance Librarianship* 3:4 (1998): 82-87.

Mai, Brent Alan. "Review: *Small Business Profiles*." *Journal of Business & Finance Librarianship* 3:2 (1997): 74-79.

Mai, Brent Alan. "Review: *The Prentice Hall Directory of Online Business Information 1997.*" *Journal of Business & Finance Librarianship* 3:1 (1997): 85-87.

Mai, Brent Alan. "Statistical Abstract of the United States on CD-ROM: 1994." *Bulletin* of the Geography & Map Division of the Special Libraries Association, 183 (Summer 1996): 27-33.

## Invited Lectures/Papers

Forthcoming: Keynote speaker, PNW Volga German Conference, Leavenworth, WA, 20-21 April 2025.

Forthcoming: "Resources for Volga German Genealogy." VGI Seminar Series, Rastatt, Germany, 24 November 2024.

"260th Anniversary of the Founding of the Volga German Colonies: Dobrinka, Anton, Beideck, Galka, and Schilling." VGI Seminar Series, Fresno, CA, 19 October 2024.

Keynote Speaker: "Back to the Future: Why Looking Back Is So Critical to the Future." Annual Convention of the American Historical Society of Germans from Russia, Oklahoma City, OK, 9 August 2024.

"Copyright for Genealogists." Annual Convention of the American Historical Society of Germans from Russia, Oklahoma City, OK, 9 August 2024.

"Resources for Volga German Genealogy." VGI Seminar Series, Wichita, KS, 29 June 2024.

Brent Alan Mai
Page 9

"Introduction to Russian Resources for Volga German Genealogical Research." Golden Wheat Chapter, American Historical Society of Germans from Russia, Wichita, KS, 4 February 2024.

"Faith Practices of the Volga Germans Across Three Continents." Sunflower Chapter, American Historical Society of Germans from Russia, Hays, KS, 10 December 2023.

"The Volga Germans of California: 1764 to 1887 to 2022." Bayerisches Kulturzentrum der Deutschen aus Rußland. Nuremberg, Germany, 25 November 2022.

"The Volga Germans and the Sugar Beet Industry." Bayerisches Kulturzentrum der Deutschen aus Rußland. Nuremberg, Germany, 25 November 2022.

"Introduction to Russian Resources for Volga German Genealogical Research." ID Quest, Topeka & Shawnee Co. Public Library, Topeka, KS (via Zoom), 12 November 2022.

"An Ironic Genocide: The 1941 Deportation of the Volga Germans." VGI Seminar Series, Anaheim, CA, 18 September 2021.

"Celebrating All Things Volga German." Russian-American Business & Culture Council, Minneapolis, MN, 22 May 2021.

"And then they were gone . . . : The Fate of the Volga German Colonies after 1941." VGI Seminar Series, Anaheim, CA, 24 April 2021.

"Faith & Industry of the Volga Germans," "Geography of the Volga Germans," "Day-in-the-Life of the Volga Germans," and "The Journey from Germany to Russia in 1766." VGI Seminar Series, Edmonton, Alberta, 11-13 September 2020.

"The Journey Beyond Russia: Volga German Settlement in the United States." Bayerisches Kulturzentrum der Deutschen aus Rußland. Nuremberg, Germany, 1 December 2019.

"Introduction to the Volga Germans and their Heritage," "Journey Beyond Russia," "Journey from Germany to Russia," "Journey within Russia," "Today's Volga German Journey," and "Volga German Origins." VGI Seminar Series, Leavenworth, WA, 24-25 April 2019.

"Introduction to the Volga Germans and their Heritage" and "Visiting the Volga German Colonies Today." American Historical Society of Germans from Russia - North Texas Chapter, Carrollton, TX, 31 March 2019.

"One Day at a Time: Living as the Survivor of the Attempted Genocide against the Volga Germans, 1941-2017." 5th International Conference on Genocide.  Sacramento, CA, 1-3 November 2018.

"Volga Relief Society: Responding to Human Suffering During the 1921 Russian Famine." American Historical Society of Germans from Russia.  49th International Convention.  Hays, KS, 31 July 2018 & 1 August 2018.

"Introduction to the Volga Germans and their Heritage," "Catherine the Great," "Volga German Religious Faith and Practice," "Resources for Volga German Genealogy," "The 1921 Famine – A Story of Resilience," "Volga German Architecture," and "Volga Germans Today." VGI Seminar Series, Bloomington, MN, 2 December 2017.

"Introduction to the Volga Germans and their Heritage," "Catherine the Great," "Resources for Volga German Genealogy," "Volga Germans and the Bolsheviks," "The Western European Origins of the Volga Germans," "Volga German Architecture," and "The 1941 Deportation and Today's Volga German Descendants." VGI Seminar Series, Fresno, CA, 4 November 2017.

"Norka and Her Descendants: Then and Now." VGI Seminar Series, Stony Plain, Alberta, 22 October 2017.

"Introduction to the Volga Germans and their Heritage," "Volga Germans and the Bolsheviks," "A Look at the Colonies Today," "The 250[th] Anniversary of Yagodnaya Polyana." "The Western European Origins of the Volga Germans," and "Resources for Volga German Genealogy." VGI Seminar Series, Calgary, Alberta, 21 October 2017.

"Introduction to the Volga Germans and their Heritage," "Volga German Architecture," "A 250[th] Anniversary Celebration of Göbel, Hildmann, Köhler, Leichtling, Pfeifer, Rothammel, and Sewald," and "The 1921 Famine – A Story of Resilience." VGI Seminar Series, Topeka, KS, 24 September 2017.

"Introduction to the Volga Germans and their Heritage," "Catherine the Great," "A 250[th] Anniversary Celebration of Luzern, Ober-Monjou, Pfeifer, Schönchen, Wittmann, and Zug," "Volga Germans and the Bolsheviks," "The Western European Origins of the Volga Germans," "Resources for Volga German Genealogy," and "The 1941 Deportation and Today's Volga German Descendants." VGI Seminar Series, Hays, KS, 23 September 2017.

"Introduction to the Volga Germans and their Heritage," "Resources for Volga German Genealogy," "A Day-in-the-Life of a Volga German," "The 1921 Famine – A Story of Resilience," "Volga German Settlement in the United States," and "The 1941 Deportation and Today's Volga German Descendants." VGI Seminar Series, Fort Collins, CO, 16 September 2017.

"Introduction to the Volga Germans and their Heritage," "The Geography of the Volga Germans," "Volga German Settlement in the Chicago Area," "History of Basel, Bettinger, Boisroux, Biberstein, Enders, Ernestinendorf, Hockerberg, Hummel, Kaneau, Kind, Krasnoyar, Meinhard, Näb, Nieder-Monjou, Orlovskaya, Paulskaya, Philippsfeld, Reinwald, Schaffhausen, Susannental, Urbach, and Zürich," "The Western European Origins of the Volga Germans," "The 1921 Famine – A Story of Resilience," and "The 1941 Deportation and Today's Volga German Descendants."  VGI Seminar Series, Chicago, IL, 22 July 2017.

"Introduction to the Volga Germans and their Heritage," "The Geography of Volga German Genealogy," "The Western European Origins of the Volga Germans," "Volga German Censuses," "Reading Russian and German Records," "Immigration, Emigration, and Migration Records," and "Records of the Volga Germans Abroad." VGI Genealogy Workshop, Scottsdale, AZ, 17-18 June 2017.

"Introduction to the Volga Germans and their Heritage," "The Geography of the Volga Germans," "Volga German Settlement of the Yellowstone Valley," "History of Dietel, Kautz, and Kratzke," "The Western European Origins of the Volga Germans," and "Volga Germans Today." VGI Seminar Series, Billings, MT, 8 April 2017.

"Introduction to the Volga Germans and their Heritage," "The Geography of Volga German Genealogy," "The Western European Origins of the Volga Germans," "Volga German Censuses," "Reading Russian and German Records," "Immigration, Emigration, and Migration Records," and "Records of the Volga Germans Abroad." VGI Genealogy Workshop, Bloomington, MN, 1-2 April 2017.

"Introduction to the Volga Germans and their Heritage," "The Geography of the Volga Germans," "Genealogical Resources for the Volga Germans," and "Volga Germans Today." VGI Seminar Series, Laurel, MD, 19 March 2017.

"Faith Through Architecture: Volga German Churches on Three Continents." Trinity Lutheran Church, Sheboygan, WI, 25 September 2016.

"Introduction to the Volga Germans and their Heritage," "The Geography of the Volga Germans," Sheboygan's Connection to the Volga Germans," "Migration to the United States," and "Volga German Notables." CVGS Seminar Series, Sheboygan, WI, 24 September 2016.

"Introduction to the Volga Germans and their Heritage," "The Geography of the Volga Germans," Genealogical Resources for Volga Germans," "History of Messer," The Volga Germans Today," and "The History of Dönhof." CVGS Seminar Series, Fort Collins, CO, 23 July 2016.

"Introduction to the Volga Germans and their Heritage," "The Geography of the Volga Germans," "A 250[th] Anniversary Celebration of Nine Roman Catholic Colonies," "The Volga Germans of South America," "A Day-in-the-Life of the Volga Germans," "The Deportation of the Volga Germans in 1941," and "The Volga Germans Today." CVGS Seminar Series, Hays, KS, 4 June 2016.

"Genealogy Resources for Volga Germans," "Introduction to the Volga Germans," "History of Berry Meadow," "The Geography of the Volga Germans," "The Volga Germans of South America," and "1941 Deportation: The Trek to Siberia." CVGS Conference, Leavenworth, WA, 27-29 April 2016.

"Introduction to the Volga Germans and their Heritage," "The Geography of the Volga Germans," "Genealogy Resources for the Volga Germans," "The Deportation of the Volga Germans in 1941," "Faith Through Architecture," "A Day-in-the-Life of the Volga Germans," and "The Volga Germans Today." CVGS Seminar Series, Boise, ID, 12 March 2016.

"Introduction to the Volga Germans and their Heritage," "The Geography of Volga German Genealogy," "The Western European Origins of the Volga Germans," "Volga German Censuses," "Reading Russian and German Records," "Immigration, Emigration, & Migration Records," and "Records of the Volga Germans Abroad." CVGS Genealogy Workshop, Scottsdale, AZ, 27-28 February 2016.

"Introduction to the Volga Germans and their Heritage," "The Geography of Volga German Genealogy," "The Western European Origins of the Volga Germans," "Volga German Censuses," "Reading Russian and German Records," "Immigration, Emigration, & Migration Records," and "Records of the Volga Germans Abroad." CVGS Genealogy Workshop, Austin, TX, 6-7 February 2016.

"A Day-in-the-Life of the Volga Germans." Quarterly meeting of the Germans from Russia of Southern California (AHSGR/GRHS). Anaheim, CA, 30 January 2016.

"Introduction to the Volga Germans and their Heritage," "The Geography of the Volga Germans," "The Volga Germans of South America," "A Day-in-the-Life of the Volga Germans," "The Deportation of the Volga Germans in 1941," and "The Volga Germans Today." CVGS Seminar Series, Minneapolis, MN, 5 December 2015.

"Introduction to the Volga Germans and their Heritage," "The Geography of the Volga Germans," "The Volga Germans of South America," "Genealogy Resources for the Volga Germans," "A Day-in-the-Life of the Volga Germans," "The Deportation of the Volga Germans in 1941," and "The Volga Germans Today." CVGS Seminar Series, Fresno, CA, 21 November 2015.

"Introduction to the Volga Germans and their Heritage," "The History of the Colony of Balzer," "The Geography of the Volga Germans," "Genealogy Resources for the Volga Germans," "A Day-in-the-Life of the Volga Germans," "The Deportation of the Volga Germans in 1941," and "The Volga Germans Today." CVGS Seminar Series, Fort Collins, CO, 14 November 2015.

"Introduction to the Volga Germans" and "Genealogy Resources for the Volga Germans." Russiatown Historical Marker Dedication. Walla Walla, WA, 24 October 2015.

"CVGS Update." Monthly meeting of the Oregon Chapter of the American Historical Society of Germans from Russia, Portland, OR, 18 October 2015.

"Settling the Frontier: The Volga German Pioneers to Siberia." Asian Studies in Africa Conference: The Challenges and Prospects of a New Axis of Intellectual Interaction. Accra, Ghana, 24-26 September 2015.

"Introduction to the Volga Germans and their Heritage," "Genealogy Resources for the Volga Germans," and "The Volga Germans of the Pacific Northwest." Deutschesfest. Odessa, WA, 18-19 September 2015.

"Introduction to the Volga Germans and their Heritage," "Franzosen Celebrates Its 250th Anniversary," "Genealogical Resources for the Volga Germans," "Volga German Architecture on Three Continents," "The 1941 Deportation of the Volga Germans," and "The Volga Germans of Argentina & Brazil." CVGS Seminar Series, Mason City, IA, 13 September 2015.

"History of Norka" and "Deportation to Siberia in 1941." Norka Founders' Day, Edmonton, Alberta, 8 August 2015.

"The Histories of Husaren & Kamenka," "Introduction to the Volga Germans and their Heritage," "Settlement on the Kansas Prairie," & "The 1941 Deportation of the Volga Germans." CVGS Seminar Series, Hays, KS, 19 July 2015.

"Introduction to the Volga Germans," "250th Anniversary Celebrations: Fischer, Enders, Rosenheim, & Schwed," "The Volga Germans of Michigan's Thumb," "Genealogical Resources for Volga Germans," "A Volga German Side Trip to Denmark," "Volga Germans: The Famous & the Infamous," & "The 1941 Deportation of the Volga Germans." CVGS Conference, Frankenmuth, MI, 12-13 July 2015.

"Introduction to the Volga Germans and their Heritage," "Genealogical Resources for the Volga Germans," "Shcherbakovka at 250," "The 'Lower Volga Villages'," "The 1941 Deportation of the Volga Germans," & "The Volga Germans of Argentina & Brazil." CVGS Seminar Series, Lindsborg, KS, 19 June 2015.

"Introduction to the Volga Germans" & "Faith through Architecture," CVGS Conference, Leavenworth, WA, 29 April – 1 May 2015.

"Introduction to the Volga Germans and their Heritage," "Genealogical Resources for the Volga Germans," "The 1941 Deportation of the Volga Germans," & "The Volga Germans of Argentina." CVGS Conference, River Forest, IL, 8 November 2014.

"Introduction to the Volga Germans and their Heritage," "Volga German Churches on the Steppe – Expressing Faith through Architecture," "Fresno and Her Volga Germans," "Settlement & History of the Volga German colonies of Anton, Beideck, Dobrinka, Galka, and Schilling," & "Deportation: The 1941 Trek to Siberia." CVGS Conference, Fresno, CA, 4 October 2014.

"Introduction to the Volga Germans," "Faith through Architecture: Volga German Churches on the Steppe," & "The Volga Germans of Western Kansas." Oktoberfest, Hays, KS, 10 October 2014.

"Introduction to the Volga Germans," "Genealogical Resources for the Volga Germans," "The Volga Germans of Central Washington," & "German Origins of the Volga Germans." Deutschesfest, Odessa, WA, 19-21 September 2014.

Brent Alan Mai
Page 14

"Founding of Norka," "Religious Life in Norka," "Settlements in North & South America," "1941 Deportation: The Trek from Norka to Siberia," "Genealogical Research & The Norka Database," & "Neu-Norka, Daughter Colony of Norka."  Norka Founders' Day, Concordia University, Portland, OR, 16 August 2014.

"Introduction to the Volga Germans & History of Beideck," "The Volga German Relief Society of the 1920s," "Volga Germans: The Famous & the Infamous," "Architecture of the Volga Colonies," & "The History of Globeville, Denver's Volga German Settlement."  CVGS Conference, Parker, CO, 9 August 2014.

"The Volga Germans of Western Kansas and their History."  CVGS Seminar, Sharon Springs, KS, 7 August 2014.

"Settlement & History of Dobrinka, Galka, & Schilling," "Architecture of the Volga Colonies," "Volga Germans: The Famous & the Infamous," & "The Volga Germans of Kansas." CVGS Conference, Bethany College, Lindsborg, KS, 2 August 2014.

"Volga German History of Walla Walla," "Volga German Religious Architecture on the Steppe," & "Dobrinka at 250: The Founding of the First Volga German Colony." Annual Convention of the Germans from Russia Heritage Society, Spokane, WA, 24-26 July 2014.

"The Germans Come to Russia: 250 Years of Volga Germans."  CVGS Seminar, Menlo Park, CA 16 July 2014.

"Introduction to the Volga Germans," "Portland's Volga German Community," "Settlement & History of Dobrinka & Galka," "Architecture of the Volga Colonies," "The Volga Relief Society of the 1920s," "Volga Germans: The Famous & the Infamous," "Settlement & History of Anton, Beideck & Schilling," "Genealogical Resources for the Volga Germans," & "Walla Walla's Volga Germans."  Conference Celebrating the 250th Anniversary of the Founding of Dobrinka, Center for Volga German Studies, Concordia University, Portland, OR, 27-28 June 2014.

"Faith through Architecture – The Volga German Churches on the Steppe." AHSGR Kansas Round-Up of Chapters, Hays, KS, 26 October 2013.

"Researching Norka's Families."  Norka Founders' Day, Center for Volga German Studies, Concordia University, Portland, OR, 17 August 2013.

"Catherine & Her Manifesto," "Volga German Church Architecture in Argentina," & "Researching the Volga Germans in the Americas."  CVGS Conference Celebrating Catherine's Invitation, Leavenworth, WA, 24-26 April 2013.

"Catherine the Great and Her Manifesto."  GROW Chapter of the Germans from Russia Heritage Society.  Portland, OR, 24 March 2013.

"Volga German Architecture in Argentina." CVGS Seminar, Concordia University. Portland, OR, 5 January 2013.

"SLA – A Truly Global Organization." Annual Conference of the Japan Special Libraries Association, Yokohama, Japan, 19 November 2012.

"The Volga German Settlements in North America." Russian Studies Institute, Waseda University. Tokyo, Japan, 17 November 2012.

"Commemorating the 250th Anniversary of the Coronation of Catherine the Great of Russia." CVGS Seminar. Spokane, WA, 21 October 2012.

"Introduction to the Volga Germans." CVGS Seminar, Concordia University. Portland, OR, 6 October 2012.

"Researching the Volga Germans." CVGS Seminar, Concordia University. Portland, OR, 6 October 2012.

"Catherine and Her Germans." CVGS Seminar, Concordia University. River Forest, IL, 29 September 2012.

"Who Are the Volga Germans?" Germans from Russia Heritage Society. 43rd Annual International Convention. Bismarck, ND, 21 July 2012.

"Volga Relief Society – Responding to Human Suffering During the 1921 Russian Famine." Germans from Russia Heritage Society. 43rd Annual International Convention. Bismarck, ND, 21 July 2012.

"Report of the President." Special Libraries Association. Annual Conference & InfoExpo. Chicago, IL, 18 July 2012.

"Opening General Session & Awards Presentation." Special Libraries Association. Annual Conference & InfoExpo. Chicago, IL, 15 July 2012.

"Volga German Churches: Expressing Faith through Architecture." American Historical Society of Germans from Russia. 42nd International Convention. Portland, OR, 16 & 17 July 2012.

"History of the Volga Relief Society." American Historical Society of Germans from Russia. 42nd International Convention. Portland, OR, 14 & 17 July 2012.

"Volga German Churches: Expressing Faith through Architecture." CVGS Seminar. Menlo Park, CA, 30 May 2012.

"2012 AHSGR Convention Preview." Denver Metro Chapter – American Historical Society of Germans from Russia. Denver, CO, 20 May 2012.

"Volga German Churches: Expressing Faith through Architecture."  Southern California Chapter – American Historical Society of Germans from Russia.  Anaheim, CA, 18 May 2012.

"Volga German Churches: Expressing Faith through Architecture."  Greater Seattle Chapter – American Historical Society of Germans from Russia.  Seattle, WA, 5 May 2012.

"Volga German Churches: Expressing Faith through Architecture."  Council of Northwest Chapters – American Historical Society of Germans from Russia.  Portland, OR, 21 April 2012.

"SLA Update."  Pacific Northwest Chapter – Special Libraries Association.  Seattle, WA, 3 April 2012.

"The Library in the Cloud."  DELNET Invited Lecture Series.  Delhi, India, 19 March 2012.

"Panel Discussion: Leadership & Ethics in Librarianship" (moderator).  Library and Information Professionals Summit (LIPS) 2012.  University of Delhi. New Delhi, India, 17 March 2012.

"Leadership, Ethics, Accountability, and Professionalism in Librarianship" (Key Note Speaker).  Library and Information Professionals Summit (LIPS) 2012.  University of Delhi. New Delhi, India, 17 March 2012.

"Welcome Address."  Library and Information Professionals Summit (LIPS) 2012.  University of Delhi. New Delhi, India, 16 March 2012.

"Current Trends in the Information Society in the Arab Environment." 18th Annual Conference of the SLA Arabian Gulf Chapter of the Special Libraries Association. Manama, Bahrain, 13 March 2012.

"Welcome Address."  18th Annual Conference of the SLA Arabian Gulf Chapter of the Special Libraries Association. Manama, Bahrain, 12 March 2012.

"Defining German Culture through the Eyes of the Volga Germans."  German-American Heritage Day – German-American Society of Portland.  Portland, OR, 5 November 2011.

"The Volga Germans: Part of Oregon's Unique Heritage."  2011 Oktoberfest, St. Peter's Lutheran Church.  Cornelius, OR, 30 October 2011.

"Volga Relief Society – Compassion in the Face of Human Suffering."  CVGS Workshop.  Spokane, WA, 22 October 2011.

"SLA 2012 – Operation Agility." 70th Anniversary Celebration.  St. Louis Chapter – Special Libraries Association.  St. Louis, MO, 15 September 2011.

"Who Are Oregon's Volga Germans?"  Genealogical Forum of Oregon.  Portland, OR, 27 September 2011.

"Architecture and History of Protestant and Catholic Parishes in the Volga German Colonies, 1764-1941."  Milwaukee Chapter – American Historical Society of Germans from Russia. Milwaukee, WI, 17 September 2011.

"Architecture and History of Protestant and Catholic Parishes in the Volga German Colonies, 1764-1941."  Northern Illinois Chapter – American Historical Society of Germans from Russia. Melrose Park, IL, 17 September 2011.

"Volga German Churches: Expressing Faith through Architecture."  Oklahoma Chapters Statewide Gathering– American Historical Society of Germans from Russia.  Weatherford, OK, 20 August 2011.

"2012 AHSGR Convention Preview."  Council of Northwest Chapters – American Historical Society of Germans from Russia.  Leavenworth, WA, 28 April 2011.

"Volga German Immigration to Argentina."  40th Anniversary Celebration, Oregon Chapter – American Historical Society of Germans from Russia.  Portland, OR, 16 April 2011.

"Portland and Her Volga Germans."  Oktoberfest 2010 – Immanuel Lutheran Church.  Sandy, OR, 6 November 2010.

"Establishment of the Center for Volga German Studies at Concordia University."  Kansas Round-Up of Chapters – American Historical Society of Germans from Russia.  Hays, KS, 23 October 2010.

"Volga Relief Society – Responding to Human Suffering during the 1921 Russian Famine." North Star Chapter – American Historical Society of Germans from Russia.  Richfield, MN, 16 October 2010.

"The American Volga Relief Society: Volga German Americans Rescue Their Own in 1921." Sunflower Chapter AHSGR, 30th Anniversary Celebration.  Hays, KS, 28 May 2010.

"The Volga Relief Society: An International Response to the 1921 Famine in Russia." California District Council AHSGR.  2010 Heritage Fest.  Fresno, CA, 1 May 2010.

"Oregon's Volga Relief Society: Responding to Human Suffering during the 1921 Russian Famine." Oregon Sesquicentennial Speakers' Series. Portland, Oregon, 21 November 2009.

"Volga Germans on the Move: Where They Came From and Where They Went." Germans from Russia Heritage Society.  39th Annual Convention.  Rapid City, SD, 11 September 2009.

"Center for Volga German Studies at Concordia University."  Bundestreffen der Landsmannschaft der Deutschen aus Russland.  Rheinberg, Germany, 13 June 2009.

"Awakening a Lifetime – Over 240 Years Old and 'Still Kicking'."  California District Council AHSGR.  2009 Heritage Fest.  Redwood City, CA, 2 May 2009.

"Colonists Missing from the 1767 Census."  American Historical Society of Germans from Russia.  37th International Convention.  Hays, KS, 16 June 2007.

"Shortcuts to Reading Russian Census Documents Yourself."  Germans from Russian Heritage Society.  2006 Annual Conference.  Portland, OR, 15 July 2006.

with Dona Reeves-Marquardt.  "Not All of Our Ancestors Were Saints:  Origins of the Volga Germans."  American Historical Society of Germans from Russia.  33rd International Convention.  Yakima, WA, 21 June 2003.

"Origins of the Volga Germans."  American Historical Society of Germans from Russia.  32nd International Convention.  Des Moines, IA, 6 July 2002.

"1798 Census: Q&A."  American Historical Society of Germans from Russia.  31st International Convention.  Lincoln, NE, 17 June 2000.

with Alexius Smith, Leslie Reynolds, and Sheila Curl.  "Distance Education in Virtual Classrooms: The Learner, The Model, and The Assessment."  National Online Meeting & IOLS 2000.  New York, NY, 18 May 2000.

"CIS Research Project - Status Report."  American Historical Society of Germans from Russia.  30th International Convention.  Casper, WY, 9 July 1999.

with Alexius E. Smith, Leslie J. Reynolds, & Sheila Curl.  "How Do We Cope with the Paradigm Shift: Blending Traditional and Non-Traditional Models of Library Instruction and Student Learning."  via video tape to ENABLE99 Conference.  Espoo, Finland, 2-5 June 1999.

with Sheila Curl & Leslie J. Reynolds.  "Learner-Centered WWW Instruction for Information Strategies: Teaching Tomorrow Today." Indiana Library Federation Conference.  Indianapolis, IN, 8 April 1999.

"Web Instruction in Agricultural Economics."  Agricultural Economics Reference Organization.  Tenth National Conference.  Gainesville, FL, 1 March 1999.

"Migration of the Germans to the Volga."  American Historical Society of Germans from Russia.  29th International Convention.  Wichita, KS, 19 June 1998.

"NAICS and Its Impact on Agricultural Statistics."  Agricultural Economics Reference Organization.  Tenth National Conference.  Corvallis, OR, 26 September 1997.

"Researchers' Gold Mine:  The 1798 Russian Census of the German Colonies on the Volga and Its Importance to Agronomists, Anthropologists, Demographers, Economists, Genealogists, Geographers, Religious Historians, and Sociologists, Among Others."  American Historical Society of Germans from Russia.  27th International Convention.  Minneapolis, MN, 14 June 1996.

"Newly Available Resources Relating to the Volhynian Germans and Status Report on the 1798 Russian Census."  American Historical Society of Germans from Russia, Southwest Michigan Chapter.  Regional Conference.  St. Joseph, MI, 17 May 1996.

"PS&D View:  World Agricultural Statistics Database."  Agricultural Economics Reference Organization.  Ninth National Conference.  East Lansing, MI, 22 Apr 1996.

"Galveston:  The Southern Gateway to America."  American Historical Society of Germans from Russia.  23rd International Convention.  Seattle, WA, 1 July 1992.

"Expanding Your Multi-Media Marketing Matrix Using Harvard Graphics."  Special Libraries Association, Library Management Division's Marketing Swap & Shop.  83rd Annual Conference.  San Francisco, CA, 8 June 1992.

## Participation in Major Library-Related Programs

| Date | Name of Conference | Responsibility |
|------|--------------------|----------------|
| 23-28 June 2016 | American Library Association, Annual Conference, Orlando, Florida | Official SLA Delegate |
| 9-11 Jan. 2016 | American Library Association, Midwinter Meeting, Boston, Massachusetts | Official SLA Delegate |
| 26-29 June 2015 | American Library Association, Annual Conference, San Francisco, California | Official SLA Delegate |
| 29 Jan. – 3 Feb. 2015 | American Library Association, Midwinter Meeting, Chicago, Illinois | Official SLA Delegate |
| 27 June – 2 July 2013 | American Library Association, Annual Conference, Chicago, Illinois | Official SLA Delegate |
| 25-29 Jan. 2013 | American Library Association, Midwinter Meeting, Seattle, Washington | Official SLA Delegate |
| 14-22 Nov. 2012 | Japan Special Libraries Association, Annual Meeting, Yokohama, Japan | Key Note Speaker and SLA Delegate |

Brent Alan Mai
Page 20

| | | |
|---|---|---|
| 12-16 Aug. 2012 | International Federation of Library Associations, World Library and Information Congress, Helsinki, Finland | SLA President (official delegate) |
| 14-18 July 2012 | Special Libraries Association, Annual Conference, Chicago, Illinois | SLA President |
| 21-26 June 2012 | American Library Association, Annual Conference, Anaheim, California | Official SLA Delegate |
| 14-17 June 2012 | American Historical Society of Germans from Russia, Annual Convention, Portland, Oregon | Convention Chair |
| 28 April 2012 | Northwest Archivists/Oregon Heritage Commission Conference, Salem, Oregon | Report of Results of OCA Grant |
| 19 Mar. 2012 | DELNET Invited Lecture Series. Delhi, India | Invited Speaker |
| 16-17 Mar. 2012 | Library and Information Professionals Summit (LIPS) 2012. University of Delhi, New Delhi, India | Keynote Speaker |
| 12-13 Mar. 2012 | 18th Annual Conference of the SLA Arabian Gulf Chapter of the Special Libraries Association, Manama, Bahrain | Keynote Speaker |
| 25-28 Jan. 2012 | Special Libraries Association, Leadership Summit, Atlanta | SLA President |
| 20-24 Jan. 2012 | American Library Association, Midwinter Meeting, Dallas, Texas | Official SLA Delegate |
| 25-27 Dec. 2011 | London Online, London, England | Official SLA Delegate |

Brent Alan Mai
Page 21

| | | |
|---|---|---|
| 23-28 June 2011 | American Library Association, Annual Conference, New Orleans, Louisiana | Official SLA Delegate |
| 12-15 Jun. 2011 | Special Libraries Association Annual Conference, Philadelphia | SLA President-Elect |
| 19-22 Jan. 2011 | Special Libraries Association, Leadership Summit, Washington, D.C. | SLA President-Elect |
| 24-29 June 2010 | American Library Association, Annual Conference, Washington, D.C. | Official SLA Delegate |
| 11-16 Jun. 2010 | Special Libraries Association Annual Conference, New Orleans | Nominee for SLA President 2012 |
| 6-10 June 2007 | Special Libraries Association Annual Conference, Denver | Conference Co-Chair |
| 18-19 Jan. 2007 | Special Libraries Association Leadership Summit, Reno | Annual Conference Co-Chair, Planning Meeting |
| 11 June 2006 | Special Libraries Association Annual Conference, Baltimore | Moderator for Leadership Development Institute |
| 19-20 Jan. 2006 | Special Libraries Association Leadership Summit, Houston | Summit Moderator |
| 5 June 2005 | Special Libraries Association Annual Conference, Toronto | Moderator for Leadership Development Institute |
| 20-21 Jan. 2005 | Special Libraries Association Leadership Summit, Tampa | Summit Moderator |
| 6 June 2004 | Special Libraries Association Annual Conference, Nashville | Moderator for Leadership Development Institute |
| 22-23 Jan. 2004 | Special Libraries Association Leadership Summit, Albuquerque | Summit Moderator |

Brent Alan Mai
Page 22

| 8 June 2003 | Special Libraries Association, Annual Conference, New York | CE Course Instructor: "Web-Based Investment Databases" (1/2 day) |
| 8 June 2003 | Special Libraries Association, Annual Conference, New York | CE Course Instructor: "Web-Based Financial Databases" (1/2 day) |
| 9 June 2002 | Special Libraries Association, Annual Conference, Los Angeles | CE Course Instructor: "Web-Based Investment Databases" (1/2 day) |
| 9 June 2002 | Special Libraries Association, Annual Conference, Los Angeles | CE Course Instructor: "Web-Based Financial Databases" (1/2 day) |
| 10 June 2001 | Special Libraries Association, Annual Conference, San Antonio | CE Course Instructor: "Web-Based Financial Databases" (1/2 day) |
| 10 June 2001 | Special Libraries Association, Annual Conference, San Antonio | CE Course Instructor: "Web-Based Hybrid Business Databases" (1/2 day) |
| 11 June 2000 | Special Libraries Association, Annual Conference, Philadelphia | CE Course Instructor: "Web-Based Business Databases" (full day) |
| 18 May 2000 | ABLD/EBSLG 2000 Meeting | Session Chair for program entitled "Knowledge Management" |
| 7 June 1999 | Special Libraries Association, Annual Conference, Minneapolis | Moderator for program entitled "Asynchronous Distance Instruction: Case Studies" sponsored by the Business & Finance Division's College & University Business Libraries Roundtable |
| 6 June 1999 | Special Libraries Association, Annual Conference, Minneapolis | CE Course Instructor: "Web-Based Business Databases: Evaluating Them and Developing End User Interfaces" (full day) |
| 9 June 1998 | Special Libraries Association, Annual Conference, Indianapolis | Moderator for program entitled "Library Staff Training for Effective Patron Interaction" sponsored by the Business & Finance Division's College & University Business Libraries Roundtable |

| 11 Jun 1996 | Special Libraries Association, Annual Conference, Boston | Moderator for program entitled "Copyright in the Electronic Environment" sponsored by the Business & Finance Division |
|---|---|---|

## Research Grants

National Endowment for the Humanities.  Infrastructure and Capacity Building Challenge Grant for renovation and expansion of Special Collections (August 2018)

Cultural Development Grant for CVGS Digitization Project.  Oregon Cultural Trust (August 2014)

Supporting and Building Emergent Archival Programs in the Northwest. The National Historical Publications and Records Commission (NHPRC) of the National Archives and Records Administration (July 2011)

Faculty Research Grant, Purdue University Libraries (July 1999)

Course Development Grant, Indiana Higher Education Telecommunication System (July 1998)

## Boards of Directors
Amigos Library Services, Board of Directors (2024-present)

## Advisory Boards

*Practical Academic Librarianship*, Editorial Board (2010-present)
Sage Reference, Advisory Board (2009-present)
Standard & Poor's, Customer Advisory Council (2001-2003)
Lexis-Nexis, Academic & Library Solutions, Business School's Advisory Committee (2001-2003)
Dun & Bradstreet, Business Database Advisory Group (2002-2003)

## University Committee Activity

### Wichita State University
| 2023-present | President's Executive Team |
|---|---|
| 2023-present | Provost's Academic Deans' Council |

### University of North Florida
| 2019-2023 | Provost's Academic Deans' Cabinet |
|---|---|
| 2019-2023 | Provost's Expanded Academic Deans' Council |

### Fairfield University
| 2016-2019 | President's Senior Leadership Council |
|---|---|
| 2016-2019 | Provost's Academic Deans' Cabinet |
| 2016-2019 | Faculty Library Committee |
| 2016-2019 | Faculty Educational Technology Committee |

| 2017-2019 | Faculty Educational Policy Committee |

**Concordia University**

| 2015-2016 | Concordia Policy Advisory Committee |
| 2014-2016 | Campus Management Team |
| 2006-2008 | Core Team for Northwest Association of Schools and Colleges accreditation review |
| 2004-2009 | Management Team for building new library |
| 2003-2004 | Information Technology Systems Management Team |
| 2003-2016 | Provost's Executive Council |
| 2003-2016 | University Academic Policy Committee |

**Vanderbilt University Libraries**

| 2000-2003 | Library Technology Advisory Group |
| 1999-2003 | Library Management Council |
| 1999-2003 | Information Services Advisory Group |

**Purdue University Libraries**

| 1996-1999 | Faculty Steering Committee |
| 1996-1999 | Curriculum Committee |
| 1995-1999 | Faculty Grievance Committee |
| 1997-1999 | Team 2004 (Long Range Planning Committee) |

**Professional Memberships**

| 1989-present | Special Libraries Association |
| 1989-present | Special Libraries Association – Business & Finance Division |
| 2016-present | Special Libraries Association – New York City Chapter |
| 2000-present | American Library Association |
| 2000-present | Association of College & Research Libraries |

**Professional Association Activity**

**Kansas Regents' Universities Deans' Library Council.** (2023-present)

**Academic Library Advancement & Development Network (ALADN).** (2022-2023)
2023 Program Planning Committee. 2022-2023.

**Northeast Florida Information Network (NEFLIN).** (2019-2023)
Treasurer. 2022-2023.
Elected Board Member. 2021-2023.

**Florida Members Council on Library Services (MCLS).** (2019-2023)
Executive Committee
Past-chair. 2024-2025.
Chair. 2023-2024.
Chair-elect. 2022-2023.

SUS Representative At-Large. 2020-2022.

**Council of (Florida) State University Libraries (CSUL).** (2019-2023)

**Association of Jesuit Colleges & Universities (AJCU).** (2016-2019)
Council of Library Deans/Directors. 2016-2019.
Ignatian Colleagues' Program. 2016-2019.

**Council of Connecticut Academic Library Directors.** (2016-2019)

**Orbis Cascade Alliance.** (2008-2016)
Finance Committee. 2014-2016.
Directors' Council. 2008-2016.

**Northwest Association of Private Colleges and Universities.** (2003-2016)
Treasurer. 2010-2016.
Chair. 2007-2008.
Oregon Director. 2006-2007.

**Online Private Academic Library Link (OPALL) Consortium.** (2003-2008)
President. 2005-2006.
President-Elect. 2004-2005.

**Special Libraries Association.** (1989-present)
Bylaws Subcommittee: 2022-2023.
Nominations Committee: 2017-2018.
Fellow: 2016-present.
HQ Building Sale Task Force: 2013-2015.
Awards & Honors Committee. 2004-2006, 2011, 2013-2014. Chair: 2014.
Past-President. 2013.
President. 2012.
President-Elect. 2011.
President-Elect. Candidate. 2010.
2007 Annual Conference Committee. Co-Chair. 2005-2007.
Board of Directors. 2003-2006.
2006 Annual Conference Committee. 2004-2006.
Endowment Fund Grants Committee. 2003-2006.
Division Cabinet Chair. 2004-2006.
2005 Annual Conference Committee. 2003-2005.
Division Cabinet Chair-Elect. 2003-2004.
Finance Committee. 1999-2003.
2001 Annual Conference Programming Committee. 2000-2001.

**Special Libraries Association. Academic Division.**
Editorial Board, *Practical Academic Librarianship*. 2010-present.

Brent Alan Mai
Page 26

**Special Libraries Association.  Business and Finance Division.**
Centers of Excellence Awards Committee.  2004, 2006, 2008, 2009.
Nominations Committee.  Chair.  2002-2003.
Liaison to American Library Association – BRASS.  2002, 2007.
Awards Committee.  Chair.  2001-2002.
Executive Board Member. 1997-2002.
Past-Chair.  2001-2002.
Chair.  2000-2001.
Chair-Elect.  1999-2000.
Treasurer.  1997-1999.
Nominations Committee.  1997-1998.
College and University Business Libraries Roundtable Coordinator.  1997-1998.
Advisory Board Member.  1995-1997.
Membership Committee.  Chair.  1995-1997.

**Special Libraries Association.  Indiana Chapter.**
Treasurer.  1996-2000.
Local Planning Group for 1998 Annual Conference.  1997-1998.

**Special Libraries Association.  Food, Agriculture, and Nutrition Division.**
Strategic Planning Committee.  1995-1997.

**Special Libraries Association.  Engineering Division.**
Publications Committee.  Chair.  1993-1995.

**American Agricultural Economics Association.**
Economic Statistics and Information Resources Committee.  1997-2000.

**Institutes, Workshops, or Special Programs Attended**

| Date | Location | Description | Organization |
|---|---|---|---|
| Jan. 2020 | Philadelphia, PA | Midwinter Meeting | American Libraries Association |
| May 2019 | Detroit, MI | Annual Conference | Association of Jesuit Colleges & Universities – Library Directors |
| Apr. 2019 | Cleveland, OH | Conference | Association of College & Research Libraries |
| Jun. 2018 | Baltimore, MD | Annual Conference | Special Libraries Association |
| Jun. 2018 | New Orleans, LA | Annual Conference | American Libraries Association |
| Feb. 2018 | Denver, CO | Midwinter Meeting | American Libraries Association |
| Jun. 2017 | Chicago, IL | Annual Conference | American Libraries Association |
| Jun. 2017 | Phoenix, AZ | Annual Conference | Special Libraries Association |
| Apr. 2017 | Scranton, PA | Annual Conference | Association of Jesuit Colleges & Universities – Library Directors |
| Jan. 2017 | Atlanta, GA | Midwinter Meeting | American Library Association |

Brent Alan Mai
Page 27

| Jun. 2016 | Orlando, FL | Annual Conference | American Library Association |
|---|---|---|---|
| Jun. 2016 | Philadelphia, PA | Annual Conference | Special Libraries Association |
| Jan. 2016 | Boston, MA | Midwinter Meeting | American Library Association |
| July 2015 | San Francisco, CA | Annual Conference | American Library Association |
| March 2015 | Portland, OR | Conference | Association of College & Research Libraries |
| Jan. 2015 | Chicago, IL | Midwinter Meeting | American Library Association |
| Jan. 2015 | Baltimore, MD | Leadership Summit | Special Libraries Association |
| June 2014 | Las Vegas, NV | Annual Conference | American Library Association |
| June 2014 | Vancouver, BC | Annual Conference | Special Libraries Association |
| Jan. 2014 | Philadelphia, PA | Midwinter Meeting | American Library Association |
| Jan. 2014 | Memphis, TN | Leadership Summit | Special Libraries Association |
| June 2013 | Chicago, IL | Annual Conference | American Library Association |
| June 2013 | San Diego, CA | Annual Conference | Special Libraries Association |
| Feb. 2013 | Dallas, TX | Leadership Summit | Special Libraries Association |
| Jan. 2013 | Seattle, WA | Midwinter Meeting | American Library Association |
| Nov. 2012 | Yokohama, Japan | Annual Conference | Japan Special Libraries Association |
| Oct. 2012 | Frankfurt, Germany | Annual Gathering | Frankfurt Book Fair |
| Aug. 2012 | Helsinki, Finland | Annual Congress | International Federation of Library Associations |
| July 2012 | Chicago, IL | Annual Conference | Special Libraries Association |
| June 2012 | Anaheim, CA | Annual Conference | American Library Association |
| March 2012 | Delhi, India | Library & Information Professionals Summit | Special Libraries Association – Asian Chapter |
| March 2012 | Manama, Bahrain | 18th Annual Conference | Special Libraries Association – Arabian Gulf Chapter |
| Jan. 2012 | Dallas, TX | Midwinter Meeting | American Library Association |
| Jan. 2012 | Atlanta, GA | Leadership Summit | Special Libraries Association |
| Oct. 2011 | Coeur d'Alene, ID | Annual Library Directors Meeting | Northwest Association of Private Colleges and Universities |
| June 2011 | New Orleans, LA | Annual Conference | American Library Association |
| June 2011 | Philadelphia | Annual Conference | Special Libraries Association |
| Jan. 2011 | Washington, DC | Leadership Summit | Special Libraries Association |
| Jan. 2011 | San Diego, CA | Midwinter Meeting | American Library Association |
| Oct. 2010 | Portland, OR | Annual Library Directors Meeting | Northwest Association of Private Colleges and Universities |
| June 2010 | New Orleans, LA | Annual Conference | Special Libraries Association |

Brent Alan Mai
Page 28

| Oct. 2009 | Kirkland, WA | Annual Library Directors Meeting | Northwest Association of Private Colleges and Universities |
|-----------|--------------|----------------------------------|----------------------------------------------------------|
| June 2009 | Reinheim, Germany | Bundestreffen | Landsmannschaft der Deutschen aus Russland |
| Jan. 2009 | Denver, CO | Midwinter Meeting | American Library Association |
| Nov. 2008 | Portland, OR | Annual Library Directors Meeting | Northwest Association of Private Colleges and Universities |
| June 2008 | Seattle, WA | Annual Conference | Special Libraries Association |
| Oct. 2007 | Yakima, WA | Annual Library Directors Meeting | Northwest Association of Private Colleges and Universities |
| June 2007 | Washington, DC | Annual Conference | American Library Association |
| June 2007 | Denver, CO | Annual Conference | Special Libraries Association |
| Jan. 2007 | Reno, NV | Leadership Summit | Special Libraries Association |
| Jan. 2007 | Seattle, WA | Midwinter Meeting | American Library Association |
| Nov. 2007 | Tacoma, WA | Annual Library Directors Meeting | Northwest Association of Private Colleges and Universities |
| June 2006 | Baltimore, MD | Annual Conference | Special Libraries Association |
| Jan. 2006 | Houston, TX | Leadership Summit | Special Libraries Association |
| June 2005 | Toronto, ON | Annual Conference | Special Libraries Association |
| March 2005 | Chicago, IL | Voyager End User Conference | Endeavor Information Systems |
| Jan. 2005 | Tampa, FL | Leadership Summit | Special Libraries Association |
| June 2004 | Nashville, TN | Annual Conference | Special Libraries Association |
| Jan. 2004 | Albuquerque, NM | Leadership Summit | Special Libraries Association |
| June 2003 | New York, NY | Annual Conference | Special Libraries Association |
| Jan. 2003 | New Orleans, LA | Winter Meeting | Special Libraries Association |
| June 2002 | Los Angeles, CA | Annual Conference | Special Libraries Association |
| April 2002 | Hanover, NH | Annual Meeting | Academic Business Library Directors |
| Jan. 2002 | Chicago, IL | Winter Meeting | Special Libraries Association |
| Jan. 2002 | New Orleans, LA | Midwinter Meeting | American Libraries Association |
| June 2001 | San Antonio, TX | Annual Conference | Special Libraries Association |
| May 2001 | East Lansing, MI | Annual Meeting | Academic Business Library Directors |
| Jan. 2001 | Savannah, GA | Winter Meeting | Special Libraries Association |
| Jan. 2001 | Washington, DC | Midwinter Meeting | American Libraries Association |
| June 2000 | Philadelphia, PA | Annual Conference | Special Libraries Association |
| May 2000 | Fontainebleau, France | Annual Meeting | Academic Business Library Directors |
| Jan. 2000 | St. Louis, MO | Winter Meeting | Special Libraries Association |

Brent Alan Mai
Page 29

| | | | |
|---|---|---|---|
| Aug. 1999 | Nashville, TN | Annual Meeting | American Agricultural Economics Association |
| June 1999 | Minneapolis, MN | Annual Conference | Special Libraries Association |
| March 1999 | Houston, TX | Annual Conference | LOEX |
| Feb. 1999 | Gainesville, FL | 11th Conference | Agricultural Economics Reference Organization |
| Jan. 1999 | San Francisco, CA | Winter Meeting | Special Libraries Association |
| Aug. 1998 | Salt Lake City, UT | Annual Meeting | American Agricultural Economics Association |
| June 1998 | Indianapolis, IN | Annual Conference | Special Libraries Association |
| Jan. 1998 | Arlington, VA | Winter Meeting | Special Libraries Association |
| Sept. 1997 | Corvallis, OR | 10th Conference | Agricultural Economics Reference Organization |
| June 1997 | Seattle, WA | Annual Conference | Special Libraries Association |
| Oct. 1996 | Indianapolis, IN | Fall Conference | American Society of Indexers |
| June 1996 | Boston, MA | Annual Conference | Special Libraries Association |
| April 1996 | East Lansing, MI | 9th Conference | Agricultural Economics Reference Organization |
| March 1996 | Des Moines, IA | Annual Conference | National Forum for Agriculture |
| June 1995 | Chicago, IL | Annual Conference | American Library Association |
| June 1995 | Montréal, PQ | Annual Conference | Special Libraries Association |
| April 1995 | Lexington, KY | Annual Conference | U.S. Agriculture Information Network |
| Feb. 1995 | Des Moines, IA | Annual Conference | National Forum for Agriculture |
| June 1994 | Atlanta, GA | Annual Conference | Special Libraries Association |
| June 1992 | San Francisco, CA | Annual Conference | Special Libraries Association |
| June 1991 | San Antonio, TX | Annual Conference | Special Libraries Association |
| June 1990 | Pittsburgh, PA | Annual Conference | Special Libraries Association |



ORIGINS > W > WEIGANDT / WIGAND

- Home
- About
- Catalog
- History
- Literature
- Education
- Exhibits & Events
- Settlements along the Volga
- Gazetteer
- Glossary
- Immigration
- Origins
- Genealogy
- Linguistics
- Archives
- Book Store
- Get Involved!
- Current News



# Weigandt / Wigand

**VOLGA COLONIES**
Norka

**PRE-VOLGA ORIGIN**
Böhnstadt, Kr. Friedberg, Hessen

**DISCUSSION & DOCUMENTATION**

Böhnstadt is located just west of Calbach. At the time that the Weigandt family left this area in 1766, Böhnstadt was part of the Solms-Braunfels Principality. Today it is part of the County of Friedberg in Hessen.

The family Weigandt family (often spelled Wigand) that settled in Norka can be found in the records of the Lutheran parish in Böhnstadt.

**Contributors**
Ruth Schultz

**Sources**
- LDS Intl Film #1195346.
- Pleve, Igor. *Einwanderung in das Wolgagebiet, 1764-1767* Band 3 (Göttingen: Göttinger Arbeitskreis, 2005).

Last updated 18 June 2014.

To submit additional information or corrections for this page, please contact the CVGS Webmaster.
Copyright © 2009-2015 The Center for Volga German Studies at Concordia University.

**EXHIBIT**

_____
2